## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| KEITH ALLISON, <br><br> Plaintiff <br><br> v. <br><br> BOARD OF EDUCATION OF GREEN LOCAL SCHOOL DISTRICT, a body politic and corporate, et al., <br><br> Defendants. | Civil Action No. <br><br> **Affidavit of Matthew Strugar** |

Matthew Strugar, being duly sworn, deposes and states as follows:

1. Pursuant to Local Civil Rule 83.5(h) of the United States District Court for the Northern District of Ohio, I submit this Affidavit and do solemnly swear to the matters set forth below.

2. I am Director of Litigation for the PETA Foundation, 2154 W. Sunset Blvd, Los Angeles, California 90026; telephone number: 323-210-2263; facsimile number: 202-540-2208; email address: Matthew-S@petaf.org.

3. I was admitted to practice law in the State of California on December 2, 2004. My California Bar Number is 232951. I have remained a member in good standing of the California Bar.

4. I was admitted to practice law in the State of New York on January 14, 2009. New York State does not use or assign bar numbers. I have remained a member in good standing of the New York Bar.

1

5. I was admitted to practice law in the District of Columbia on October 15, 2012. My District of Columbia Bar number is 1010198. I have remained a member in good standing of the District of Columbia Bar.

6. I am also admitted to practice in the United States District Courts for the Northern, Central, and Southern Districts of California; the Eastern District of New York; the District of Columbia; and before the Third and Ninth District, and District of Columbia, Courts of Appeals and the United States Supreme Court.

7. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any state of the United States, nor have I received reprimand from any such court, department, bureau, or commission pertaining to my conduct or fitness as a member of the bar.

8. I agree agrees to be bound by the Local Rules of this District and Orders of this Court

_____
Matthew Strugar

SWORN and SUBSCRIBED to before
me this ____ day of March, 2015

SEE ATTACHED
Notary Public

2

## CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California   County of Los Angeles
Subscribed and sworn to (or affirmed) before me on 3-5-2015
by MATTHEW STRUGAR,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SANG JONG KIM
COMM. #2036718
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. SEPT. 1, 2017

_Sang Jong Kim_
Signature

(Seal)

Title or Type of Document: _____
Document Date: _____   Number of Pages: _____